BDS II Mortgage Capital JPM LLC
c/o ROC Debt Strategies II Mortgage Capital WF LLC
280 Park Avenue, 28th Floor West
New York, New York 10017

BDS II Mortgage Capital JPM LLC
c/o J. Michael McCoy, Esq
McCoy & Orta
100 North Broadway, Suite 2600
Oklahoma City, OK  73102

Santander Bank, N. A.
Attn:  Lease Administration
2 Morrissey Boulevard
Mail Code:   MA1-MB4-02-02
Dorchester, MA   02125

Santander Bank, N. A.
Attn:  Corporate Real Estate Counsel
75 State Street
Mail Code:  MA1-SST-04-01
Boston, MA  02109

Fong & Zhou Supermarket, Inc.
8514 18th Avenue
Brooklyn, NY  11214

Fong & Zhou Supermarket, Inc.
c/o Horkeen Cheng, Esq.
7-8 Chatham Square, Suite 603
New York, NY 10038

Fong & Zhou Supermarket, Inc.
c/o Pruzan Law Firm
111 Court Street; Suite 2L
Brooklyn, NY 11201

Wells Fargo Bank, N.A.
P O Box 63020
San Francisco, CA  94163

Wells Fargo Commercial Mortgage Servicing
Attention: William J Hegwood
401 South Tryon Street, 8th Floor
Charlotte, NC 28202

Jack Jaffa & Associates
147 Prince Street
Brooklyn, NY 11201

NYC Department of Law
Attn: Bernadette Brennan, Esq.
100 Church St Rm 5-233
New York, NY 10007-2601

NYC Department of Finance
Legal Affairs
345 Adams St Fl 3
Brooklyn, NY 11201-3719

Fire Dept Of New York
Bureau of Fire Prevention
250 Livingston St
Brooklyn, NY 11201-5584

FDNY Bureau Of Legal Affairs
Administrative Enforcement Unit
9 MetoTech Center
Brooklyn, NY  11201-3857

NYC Dept Of Buildings
Administrative Enforcement Unit
280 Broadway, 1st floor
New York, NY  10007

Edward I. Mills & Associates
401 Broadway, Suite 501
New York, NY 10013

Rubin, Fiorella, Friedman, & Mercante LLP
630 Third Avenue, 3rd Floor
New York, NY 10017

Goldberg & Cohn, LLP
Attn: Elliot Martin Esq.
16 Court Street, Suite 2304
Brooklyn, NY 11241

Klein Slowick PLLC
90 Broad Street, Suite 602
New York, NY 10004

Miller & Kahn
186 Joralemon Street, Suite 1202
Brooklyn, NY 11201

Sweeney, Reich, & Bolz, LLP
1981 Marcus Avenue
Lake Success, NY  11042

NYC Environmental Control Board
66 John St Fl 10
New York, NY 10038-3772

NYC Water Board
5917 Junction Blvd
Flushing, NY 11373-5188

IRS
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

New York State Department of Taxation
Bankruptcy/Special Procedure
PO Box 5300
Albany, NY 12205-0300

1769 Brooklyn LLC
8023 7th Avenue
Brooklyn, NY 11228

1769 Brooklyn LLC
c/o Nazrisho & Associates, P.C.
8023 Seventh Avenue, Suite 101
Brooklyn, NY 11228